UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHULAMIS LIEBER,<br><br>                           Plaintiff,<br><br>    - against -<br><br>CREDIT PROTECTION ASSOCIATION,<br><br>                           Defendant. | 10-CV-7618 (JSR)<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, SHULAMIS LIEBER, and the defendant, CREDIT PROTECTION ASSOCIATION, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 7, 2011

M. HARVEY REPHEN & ASSOCIATES, P.C.
Attorneys for Plaintiff

By: _____
    M. Harvey Rephen

708 Third Avenue, 6th Floor
New York, N

HINSHAW & CULBERTSON LLP
*Attorneys for Defendant*

By: _____
    Concepcion A. Montoya (CM-7147)

780 Third Avenue, 4th Floor
New York, NY 10017-2024
Telephone: 212-471-6200
Fax: 212-935-1166