UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHULAMIS LIEBER,

                Plaintiff,

- against -

CREDIT PROTECTION ASSOCIATION,

                Defendant.

10-CV-7618 (JSR)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, SHULAMIS LIEBER, and the defendant, CREDIT PROTECTION ASSOCIATION, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 7, 2011

M. HARVEY REPHEN & ASSOCIATES, P.C.
Attorneys for Plaintiff

By: _____
     M. Harvey Rephen

708 Third Avenue, 6th Floor
New York, N

HINSHAW & CULBERTSON LLP
*Attorneys for Defendant*

By: _____
     Concepcion A. Montoya (CM-7147)

780 Third Avenue, 4th Floor
New York, NY 10017-2024
Telephone: 212-471-6200
Fax: 212-935-1166

**SO ORDERED:**

_____
U.S.D.J.

2-14-2011